**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION**

| | | |
|---|---|---|
| **Nitisha Lemon** | ) ) ) | **Case 16-B-36200** **Honorable Judge Lashonda A. Hunt** |
| **Debtor** | ) ) ) | **Chapter 13** |

**NOTICE OF MOTION FOR TRUSTEE TO DISGORGE FUNDS**

PLEASE TAKE NOTICE that undersigned will represent respondent's **Motion for Trustee to Disgorge Funds** May 22, 2017 at 9:00 am, before Honorable Judge Lashonda Hunt or any judge sitting in his stead, in Courtroom 719 at 219 South Dearborn, Chicago, IL 60604, at which time and place you may appear. A copy is hereby served.

Nitisha Lemon
Nitisha Lemon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalties of perjury as provided by law that the above notice and any attached pleadings were (✓) faxed ( ) mailed ( ) personally delivered on or before 5:00 p.m on May 17, 2017.

Nitisha Lemon
Nitisha Lemon

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 17 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

| | | |
|---|---|---|
| **Nitisha Lemon** | ) ) ) | **Case 16-B-36200**<br>**Honorable Judge Lashonda A. Hunt** |
| **Debtor** | ) ) ) | **Chapter 13** |

## MOTION FOR TRUSTEE TO DISGORGE FUNDS

The debtor, Nitisha Lemon request that the Trustee release debtors funds for the following reasons.

1. On 11-14-2016 a Chapter 13 was filed in this matter.
2. Debtors vehicle was repossessed on by GM Financial
3. Debtor paid over $ to the trustee toward her balance.
4. On 4-3 -2017 the case was dismissed.
5. To date, funds over the amount of $1500.00 have not been released back to debtor.
6. GM Financial has placed debtor's vehicle back in repossession status.
7. Debtor has made numerous calls to the Trustees office and has been told that the funds would be released at the end of April.
8. On 5-8-2017 debtor was told that they were not sure when the funds would be released.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 17 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

9. Debtor has explained to GM Financial that the funds are being held by the Trustee and supplied the contact information for them to verify.

10. GM Financial's representatives told debtor that it doesn't matter and since they don't have the funds they will be repossessing the vehicle.

11. Debtor is a single mother with a part-time job and home currently in foreclosure.

12. Debtor has and is a victim of predatory lending with her home and the vehicle.

13. The vehicle is a 2012 Jeep Grand Cheroke with 113,000 miles.

14. The value of the vehicle is approximately $8,000.00 dollars.

15. The balance owing on the vehicle is over $25,000.00

16. The interest rate is 9.9 per cent. And the payments are $579.00 monthly.

17. The Trustees delay in releasing the funds and GM Financial's unwillingness to wait for the release of the funds is causing undue hardship and emotional distress to debtor.

WHEREFORE, Debtor requests that an order for immediate release of funds from the Trustee be entered and for GM Financial to stay repossession actions until the funds are released by Trustee.

Nitisha Lemon
773 606-7603

**SERVICE LIST**

Trustee
Marilyn O. Marshall
224 S. Michigan
Chicago, Illinois

GM Financial C/O
David A. Frankel
180 N. Lasalle
Chicago, Illinois 60601 #1700