United States Bankruptcy Court

Northern District Illinois, Chicago Divison

Nitisha Lemon

Debtor

Case 16-B-36200

Honorable Judge

Lashonda A. Hunt

Chapter 13

Order to Discorge Funds

On Consideration of petition filed it is hereby entered that the funds held by Trustee be relesed to her immedialely and GM financial to refrain from repossession action for 30days

Date __________

Bankruptcy Judge __________